1    **JENNIFER L. COON**
California State Bar No. 203913
2    **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3    San Diego, California 92101-5008
Telephone: (619) 234-8467
4    Email: Jennifer_Coon@fd.org

5    Attorneys for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                 (HONORABLE LOUISA S. PORTER)

11   UNITED STATES OF AMERICA,        )  CASE NO. 08MJ2126
                                      )
12              Plaintiff,            )
                                      )
13   v.                               )
                                      )  **NOTICE OF APPEARANCE**
14   RHETT BUTLER BILLINGSLEY,        )
                                      )
15              Defendant.            )
     _____)

16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of

18   California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead

19   attorney in the above-captioned case.

20                                   Respectfully submitted,

21

22   Dated: July 17, 2008            _/s/ JENNIFER L. COON_____
                                     Federal Defenders of San Diego, Inc.
23                                   Attorneys for Defendant
                                     Jennifer_Coon@fd.org
24

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: July 17, 2008                              /s/ *JENNIFER L. COON*
                                                  Federal Defenders of San Diego, Inc.
                                                  225 Broadway, Suite 900
                                                  San Diego, CA 92101-5030
                                                  (619) 234-8467 (tel)
                                                  (619) 687-2666 (fax)
                                                  Jennifer_Coon@fd.org (email)