FILED

08 JUL 29 AM II: 55

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

'08 CR 2511 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |
| RHETT BUTLER BILLINGSLEY, | |
| Defendant. | |

The grand jury charges:

### Count 1

On or about July 13, 2008, within the Southern District of California, defendant RHETT BUTLER BILLINGSLEY did knowingly and intentionally import approximately 46.25 kilograms (approximately 101.75 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

JPME:nlv:San Diego
7/25/08

1

<u>Count 2</u>

2        On or about July 13, 2008, within the Southern District of

3   California, defendant RHETT BUTLER BILLINGSLEY did knowingly and

4   intentionally possess, with intent to distribute, approximately

5   46.25 kilograms (approximately 101.75 pounds) of marijuana, a

6   Schedule I Controlled Substance; in violation of Title 21, United

7   States Code, Section 841(a)(1).

8        DATED: July 29, 2008.

9                                        A TRUE BILL:

10

11                                        _____

12                                        Foreperson

KAREN P. HEWITT
13  United States Attorney

14

15  By: _____

        JAMES P. MELENDRES
16      Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28

                                    2